HON. FRANKLIN D. BURGESS

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| DAVID GALLAGHER; SHANNON CONRADI; ROBBIE A. BYLSMA; ZACH B. KIRBY; JOANNE GRIMES; J.A.T., a minor, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF WINLOCK, WASHINGTON; WINLOCK CHIEF OF POLICE TERRY WILLIAMS; WINLOCK POLICE OFFICER BOBBY MUNYAN; WINLOCK POLICE OFFICER SAM PATRICK; CITY OF TOLEDO, WASHINGTON; TOLEDO POLICE OFFICER GERALD THURLOW; CITY OF NAPAVINE, WASHINGTON; NAPAVINE POLICE OFFICER JAMES McGINTY; NAPAVINE POLICE OFFICER KEVIN LEE; CITY OF VADER, WASHINGTON; VADER POLICE OFFICER JOEL REEDER, <br><br> Defendants. | No. C05-5478 FDB <br><br> ORDER GRANTING LEAVE TO AMEND COMPLAINT |

Plaintiffs having so moved and the Court being fully advised,

IT IS HEREBY ORDERED that the proposed Amended Complaint may be filed.  The case caption shall be changed as reflected in this Order.

DATED this 29th day of November 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER GRANTING LEAVE
TO AMEND COMPLAINT - 1

Presented by:

MacDONALD HOAGUE & BAYLESS

By____/s/ Cristóbal Joshua Alex_____
     Timothy K. Ford, WSBA #5986
     Cristóbal Joshua Alex, WSBA #31993
   Attorneys for Plaintiffs

ORDER GRANTING LEAVE
TO AMEND COMPLAINT - 2