UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID GALLAGHER; SHANNON CONRADI; S.L.C., a minor; ROBBIE A BYLSMA; ZACH B. KIRBY; JOANNE GRIMES; J.A.T., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF WINLOCK, WASHINGTON; WINLOCK CHIEF OF POLICE TERRY WILLIAMS; WINLOCK POLICE OFFICER BOBBY MUNYAN; WINLOCK POLICE OFFICER SAM PATRICK; CITY OF TOLEDO, WASHINGTON; TOLEDO POLICE OFFICER GERARD THURLOW; CITY OF NAPAVINE, WASHINGTON; NAPAVINE POLICE OFFICER JAMES MCGINTY; NAPAVINE POLICE OFFICER KEVIN LEE; CITY OF VADER, WASHINGTON; VADER POLICE OFFICER JOEL REEDER,<br><br>Defendants. | Case No. C05-5478FDB<br><br>ORDER GRANTING MOTION OF DEFENDANTS CITY OF WINLOCK, TERRY WILLIAMS, BOBBY MUNYAN, SAM PATRICK CITY OF TOLEDO AND GERALD THURLOW FOR STAY OF DISCOVERY PENDING RULING ON QUALIFIED IMMUNITY |

Plaintiffs claim that the Defendant police officers violated their rights in an incident that occurred on January 15, 2005. The scheduling order in this case was recently entered on December 2, 2005. The City of Winlock has filed a motion for summary judgment, and Defendants City of

ORDER - 1

Winlock, Terry Williams, Bobby Munyan, Sam Patrick and City of Toledo and Gerald Thurlow are in the process of preparing motions on behalf of the individual defendants on the issue of qualified immunity.  These defendants seek a stay of discovery pending the Court's ruling on defendants' right to qualified immunity.  Defendants cite, among other authorities, *Harlow v. Fitzgerald*, 457 U.S. 800, 818 (1982) wherein the Supreme Court held that until the threshold issue of immunity is resolved, discovery should not proceed.

Plaintiffs oppose the motion asserting that the Complaint plainly states claims for violations of clearly established federal law, that if Defendants have any basis for their defense, it will turn on facts to be fleshed out through discovery, that the municipal defendants are precluded from relying on the qualified immunity defense, and that there is no reason to believe Defendants have a valid qualified immunity defense to offer.

Plaintiff's opposition is without merit.  Ninth Circuit authority is consistent with the Supreme Court's rulings: in *Little v. City of Seattle*, 863 F.2d 681, 683 (9th Cir. 1988) the Ninth Circuit commented in upholding the discovery stay, "[t]he stay furthers the goal of efficiency for the court and litigants."  The stay will not be indefinite, Defendants anticipate filing the motion shortly, and Plaintiffs already have Defendants initial disclosures containing all the reports and records that Defendants have regarding the incident that is the subject of the Complaint.  Under the circumstances, Defendants' motion for a stay must be granted.

ACCORDINGLY, IT IS ORDERED: Motion of Defendants City of Winlock, Terry Williams, Bobby Munya, Sam Patrick, City of Toledo and Gerald Thurlow for a Stay of Discovery Pending Ruling on Qualified Immunity [Dkt. # 21] is GRANTED.

DATED this 20th day of December, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2